**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ILHAN ADAN ALI** | **CIVIL ACTION NO. 26-0558** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Ilhan Adan Ali's petition is **DENIED AND DISMISSED WITH PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 11th day of May, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE